UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TROY LUCAS,

                    Petitioner,

        -against-                                    21-CV-10675 (LTS)

COMMISSIONER OF THE OFFICE OF                        CIVIL JUDGMENT
MENTAL HEALTH,

                    Respondent.

Pursuant to the order issued January 10, 2022, denying the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is denied. Because the

petition makes no substantial showing of a denial of a constitutional right, a certificate of

appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    January 10, 2022
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge